# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MARSHA FARMER,                                    :

                      Case No. 3:07-cv-175

        Plaintiff,

                      District Judge Thomas M. Rose
                      Chief Magistrate Judge Michael R. Merz

   -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.                :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

        The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 10), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on February 1, 2008, hereby ADOPTS said Report and Recommendations.

        It is therefore ORDERED that the Defendant Commissioner's decision that Plaintiff is not disabled and therefore not entitled to benefits under the Social Security Act be, and it hereby is, affirmed.  The Clerk will enter judgment dismissing this case with prejudice.

February 5, 2008.                                    **s/THOMAS M. ROSE**

                                                    Thomas M. Rose
                                        United States District Judge