UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MARSHA FARMER,

        Plaintiff,

-v-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY

        Defendant.

Case No. 3:07-cv-175

District Judge Thomas M. Rose
Chief Magistrate Judge Michael R. Merz

**ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. #16) AND TERMINATING THIS CASE**

The Court has reviewed the Report and Recommendations of United States Chief Magistrate Judge Michael R. Merz (Doc. #16) regarding Marsha Farmer's Motion for Leave To Appeal *In Forma Pauperis* (Doc. #14) and Motion To Appoint Counsel (Doc. #15). This case was referred to Chief Magistrate Judge Merz pursuant to 28 U.S.C. § 636(b).

No objections have been filed to the Chief Magistrate Judge's Report and Recommendations and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Therefore, the Court hereby ADOPTS Chief Magistrate Judge Merz's Report and Recommendations in its entirety.

Marsha Farmer's Motion for Leave To Proceed *In Forma Pauperis* on appeal is DENIED and her Motion To Appoint Counsel on appeal is also denied. Finally, the above captioned case is hereby ordered terminated on the docket records of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** in Dayton, Ohio this Twelfth day of May, 2008.

                                                                  **s/Thomas M. Rose**

                                                  _____
                                                          THOMAS M. ROSE
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Marsha Farmer at her last known address